# CASE ANNOUNCEMENTS
*October 21, 2010*

[Cite as *10/21/2010 Case Announcements*, 2010-Ohio-5111.]

## MOTION AND PROCEDURAL RULINGS

**2006–1806. State v. Craig.**
Summit C.P. No. CR2006010340. This cause is pending before the court as a death penalty appeal

from the Court of Common Pleas of Summit County. Upon consideration of the motions to stay supplemental briefing,

It is ordered by the court that the motions are granted, and supplemental briefing is stayed until further notice. The parties shall notify the court when the Supreme Court of the United States has issued its decision in *Bullcoming v. New Mexico.*